FIRST COURT OF APPEALS
301 Fannin Street
Houston, Texas 77002-3795

RE: Case No. 01-14-00686-CV

Style: David Jones
    v. Tiffany Montejo

U.S.POSTAGE >> PITNEY BOWES

ZIP 77002 $ 000.34⁰
02 1W
0001372104 FEB 26 2015

The time for filing the APPELLANT's brief has expired. As of this date, neither the brief nor a motion for extension of time has been filed by the appellant. If you intend to file a brief in this case, within 10 days of the date of this notice **you must file a motion requesting an extension of time along with your brief or a motion to extend time to file a brief.**

This appeal may be dismissed for want of prosecution unless (1) appellant files a motion to extend time that states the facts relied on to reasonably explain appellant's failure to timely file its brief and (2) the appellee is not significantly injured by appellant's failure to timely file appellant's brief. *See* TEX. R. APP. P. 10.5(b)(1), 38.6(d), 38.8(a)(1), 42. **Please notify the Court within 10 days if you do not intend to file a brief.**

                                            UTF

                        Christopher A. Prine, Clerk of the Court

T. C. Case # 1997-17289

Tiffany Montejo
1515 Rudel Dr. Apt# 401
Tomball, TX 77375

787 7E 1009        0003/05/15

NIXIE        787 7E 1009        0003/05/15

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD